FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. 4:23-cv-00172-JM-PSH
_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 06 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rustin Yates Russell
ADC # 181736
Address: 209 E 3rd St Prescott Ar 71857

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Sgt Andy Windham
Position: Jailer
Place of employment: Navada Co. Jail
Address: 209 E 3rd st south Novada Co 71857
Name of defendant: Trae Baker
Position: Jailer, Navada Co Jail

-4-

This case assigned to District Judge <u>Moody</u>
and to Magistrate Judge <u>Harris</u>

Place of employment: <ins>CCDU Nevada Co. Jail</ins>

Address: <ins>209 East 3rd St South Nevada Co 71857</ins>

Name of defendant: <ins>Kared Ghormley</ins>

Position: <ins>Lt. Jailer</ins>

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Navada CO. Jail

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been neglected medical attion. My feet and leg are covered with a fungul infection and It ~~cost~~ keeps getting worse. I've sent 8 medical greviance's & several grevience's. It ~~was~~ has gotten into my Kidney's and for the past week in a half I can only pee if I strain with all my might & even then it bardley comes out. Plus since this started I've started loosing my vision.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Get me help.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of February, 20 23.

*Rusti Russell*

Signature(s) of plaintiff(s)

*This is the message of me begging to be seen, our Keyout*

**To:** Medical Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 2/21/2023 8:25:11 AM
**Message:**
Ive asked over and over and over to be seen by a real Dr. Yall keep on and on lying to me. Im going to need a 1983 form to go ahead and get a law suit going .

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/21/2023 8:25:11 AM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 2/14/2023 10:06:55 PM
**Message:**
I need to go to the hospital.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/14/2023 10:06:55 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Grievance Request
**To:** Grievance Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 2/14/2023 10:06:24 PM
**Message:**
Ive been begging to be taking to the hospital about the fungus on my feet, since i started asking ,it has spread all over my legs. My kidneys are starting to shut down. The stuff is in my bones now. Either get me to the hospital or im just going to get worse. Im going to do a 1983 form since ive asked and ask and it dont do me any good.

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/14/2023 10:06:24 PM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell 12/31/1969

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/24/2023 10:32:13 PM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 2/22/2023 8:51:54 PM
**Message:**
The emt that sen me today told yall i need to be taken to the hospital and have test ran on my blood,and test ran on this stuff that is eating my skin up. Emt told yall to take me and then karen refused to let anyone take me.

*When the EMT told them to take me to the hospital*

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/22/2023 8:51:54 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/22/2023 8:48:21 PM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Grievance Request
**To:** Grievance Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 2/21/2023 12:01:25 PM
**Message:**
Ive beeged over and over to be seen by a real Dr and yall keep dening me of one. I need Lt karens full name and the nurses that come here, i also need all the guards full names.

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 2/21/2023 12:01:25 PM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Medical Request

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 1/30/2023 6:02:44 PM
**Message:**
Ask the Dr. Please. Im having a hard time peeing not burning but when i do pee i have to strain and not much comes out.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 1/30/2023 6:02:44 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 1/25/2023 8:42:30 AM
**Message:**
I need to see Dr. About my feet

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 1/25/2023 8:42:30 AM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 1/11/2023 11:25:13 AM
**Message:**
The stuff thats on my feet has started moving up my legs.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 1/11/2023 11:25:13 AM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** General Request
**To:** General Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 1/10/2023 1:51:36 PM

**Subject:** General Request
**To:** General Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 12/25/2022 3:53:09 PM
**Message:**
~~Collines has to be moved out of our pod~~

**Subject:** General Request
**To:** General Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 12/12/2022 4:29:36 PM
**Message:**
I need something better then what he gave me for my nerves and anxiety. I was taking serequill before i got loocked up and it was working not sure what i need tho. Also the spots on my feet are back, as soon as i stopped taking the pills and cream it started coming back.

**Subject:** Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** kghormley
**Date:** 12/12/2022 4:19:25 PM
**Message:**
On 2022-12-12 16:19:25, an admin user replied:
okay, can you be more specific?

Original Message, sent 2022-12-12 13:26:48:
I need to see the Dr.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 12/12/2022 1:26:48 PM
**Message:**
I need to see the Dr.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 12/12/2022 1:26:48 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** khipp
**Date:** 11/25/2022 7:40:32 AM
**Message:**
On 2022-11-25 07:40:32, an admin user replied:
dr. will be back dec 2nd

Original Message, sent 2022-11-24 17:33:13:
I need somethings for my nerves.

you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 1/25/2023 8:42:30 AM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell 12/31/1969
**Date:** 1/10/2023 10:52:51 AM
**Message:**
I need to see the Dr. Asap my feet are covered in like blood splotchy spots and my feet are starting to hurt from it.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell 12/31/1969
**From:** System
**Date:** 1/10/2023 10:52:51 AM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Message:**
Ok ive shown every guard and the emt's and nurses. All of them told me i need to been see by a Dr. And have them check my blood and do a culcher . Emt told Lt. Karen and Andy that it is really importan for me to go to hospital and i was told to be locked in a single cell. Its yalls fault that the fungus that was only a spot on my left foot has made it to the upper part of my legs. I need Andy's and Karen's full name's. Also the 2 Emt's that told me and yall i really needed to go to hospital and a durmatoligest.

Lt. Karen Ghormley

Sgt. Andy Windham

Emt's w/ Pafford the one that told them, The Lt. to take me to the hospital.

Sunshine Ledbetter

Todd Loe

Sgt. Kathy Hipp, is a Sgt at Navada Co, Jail She is my witness that all of what Ive said is the truth. → Sgt. Kathy Hipp when

Trae Baker

**From:** System
**Date:** 2/10/2023 8:15:44 PM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if you have not heard a response. I will message you back when I can set down and look over all inmate request.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 2/10/2023 8:14:55 PM
**Message:**
The med's im taking is not working. I need to go see a real Dr

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 2/10/2023 8:14:55 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Medical Request
**To:** Medical Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 2/8/2023 8:24:22 PM
**Message:**
I really need to go to hospital or see a real Dr. The stuff thats on my legs is getting bad and its real hot.

**Subject:** Re: Medical Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 2/8/2023 8:24:22 PM
**Message:**
Please include all medical request in one message. All medical request will cost $10.00 to make an appointment to visit with the doctor. If you approve in making a medical visit request, just respond "I approve" We will then get you added to the list to be seen.

**Subject:** Grievance Request
**To:** Grievance Request Group
**From:** RR05111976 Rustin Russell  12/31/1969
**Date:** 2/8/2023 7:03:43 AM
**Message:**
Ive been asking to see a real Dr about the stuff that growing on my feet, now its almost to my damn wast, and is starting to burn and hurt. Please get me to the hospital

**Subject:** Re: Grievance Request
**To:** RR05111976 Rustin Russell  12/31/1969
**From:** System
**Date:** 2/8/2023 7:03:43 AM
**Message:**
Thank you for your request, I will respond to them as soon as possible, there is no need to send multiple if

## Inmate Medications

## Nevada Co. AR

| Inmate | Release Date | Medication | Start Date | End Date | Qty | Order | Times | Instructions | Active |
|---|---|---|---|---|---|---|---|---|---|
| RUSSELL, RUSTIN YATES | | Anti-Dandruff Shampoo | 1/30/2023 | | 1.00 | 1 mg daily affected area | 08:00 | | Yes |
| RUSSELL, RUSTIN YATES | | Azithromycin/Zithromax/Z-pack | 11/19/2022 | | 1.00 | 500 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Azithromycin/Zithromax/Z-pack | 12/20/2022 | 12/23/2022 | 1.00 | 500 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Benztropine | 1/15/2023 | | 1.00 | 1 mg 2x day by mouth | 07:00 19:00 | | Yes |
| RUSSELL, RUSTIN YATES | | buspar | 1/7/2023 | | 1.00 | 15 mg 2x day by mouth | 07:00 19:00 | | Yes |
| RUSSELL, RUSTIN YATES | | Ciprofloxacin/Cipro | 2/14/2023 | 2/24/2023 | 1.00 | 500 mg 2x day by mouth | 07:00 19:00 | | Yes |
| RUSSELL, RUSTIN YATES | | Ciprofloxacin/Cipro | 2/4/2023 | 2/14/2023 | 1.00 | 500 mg 2x day by mouth | 07:00 19:00 | | No |
| RUSSELL, RUSTIN YATES | | Clotrimazole Cr | 1/6/2023 | | 1.00 | 1 mg 2x day by mouth | 07:00 19:00 | | No |
| RUSSELL, RUSTIN YATES | | Diflucan | 1/6/2023 | 1/16/2023 | 1.00 | 150 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Diflucan | 2/15/2023 | 2/18/2023 | 1.00 | 200 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Diflucan | 2/4/2023 | 2/11/2023 | 1.00 | 150 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Doxycycline | 2/18/2023 | 3/4/2023 | 1.00 | 100 mg 2x day by mouth | 07:00 19:00 | | Yes |
| RUSSELL, RUSTIN YATES | | Ketoconazole | 11/18/2022 | | 1.00 | 30 mg as needed (PRN) topical (cremes / ointments) | 07:00 19:00 | | No |
| RUSSELL, RUSTIN YATES | | Ketoconazole | 2/15/2023 | 2/25/2023 | 1.00 | 1 mg 2x day affected area | 07:00 19:00 | Apply to rash and spray with Tinactin | Yes |
| RUSSELL, RUSTIN YATES | | prednisone | 11/19/2022 | | 1.00 | 10 mg daily by mouth | 07:00 19:00 | | No |
| RUSSELL, RUSTIN YATES | | prednisone | 12/20/2022 | 12/28/2022 | 1.00 | 10 mg daily by mouth | 07:00 | | No |
| RUSSELL, RUSTIN YATES | | Tamulosin | 2/4/2023 | 3/4/2023 | 1.00 | 0.4 mg 2x day by mouth | 07:00 19:00 | 1 twice a day for 14 days then decrease to 1 daily. | Yes |
| RUSSELL, RUSTIN YATES | | Tinactin | 2/15/2023 | 2/25/2023 | 1.00 | 1 mg 2x day affected area | 07:00 19:00 | Spray on top of Ketoconazole cream | Yes |
| RUSSELL, RUSTIN YATES | | Tolnaftate Cr | 1/15/2023 | | 1.00 | 1 mg 2x day by mouth | 07:00 19:00 | | No |
| RUSSELL, RUSTIN YATES | | Vistaril/hydroxyzine | 12/8/2022 | | 2.00 | 50 mg 2x day by mouth | 07:00 19:00 | | No |

*After all this Med. It only got worse.*

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.

2/27/2023 1:29:53 PM Page 1 of 1

_Cassandra Castillo_ LPN

_Darrell Elkin PA_

_Lt. Karen Ghormley_

Rustin Russell
209 E 3rd st South
Nevada Co Prescott Ar
71857



Pro: Se Clerk
600 west Capitol Ave. Room A149
Little Rock Ar 72201